UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SAFA SAFA,**    Case No. 2:17-CV-13809

    Plaintiff,    **HON. MARK A GOLDSMITH**

    v.

**CHASE BANK USA, N.A.**

    Defendant(s).

_____

| | |
|---|---|
| CHAMI LAW, PLLC | BARNES & THORNBURG LLP |
| Tarek N. Chami (P76407) | Scott R. Murphy (P68015) |
| 16030 Michigan Ave. STE 215 | 171 Monroe Ave NW, Suite 1000 |
| Dearborn, MI 48126 | Grand Rapids, Michigan 49503 |
| (P): (313) 444-5029 | (616) 742-3930 |
| (F): (888) 428-7911 | Facsimile: (616) 742-3999 |
| (E): tarek@chamilawpllc.com | smurphy@btlaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant Chase Bank USA, N.A.* |

## STIPULATION AND ORDER TO DIMISS DEFENDANT CHASE BANK USA, N.A. WITH PREJUDICE

Plaintiff and Defendant, Chase Bank USA, N.A. ("Chase"), through their respective counsel, stipulate to the dismissal of Defendant Chase, with prejudice and without costs or attorney fees to either party.

| | |
|---|---|
| */s/ Tarek N. Chami*_____ | */s/ Scott R. Murphy (w/permission)*__ |
| Tarek N. Chami (P76407) | Scott R. Murphy (P68015) |
| CHAMI LAW, PLLC | BARNES & THORNBURG LLP |
| 16030 Michigan Ave. STE 215 | 171 Monroe Ave NW, Suite 1000 |
| Dearborn, MI 48126 | Grand Rapids, Michigan 49503 |
| (313) 444-5029 | (616) 742-3930 |
| tarek@chamilawpllc.com | smurphy@btlaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Dated: January 18, 2018 | Dated: January 18, 2018 |

## ORDER TO DISMISS

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Chase Bank USA, N.A. shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

THIS ORDER RESOLVES THE LAST PENDING CLAIM AND THE CASE SHALL BE CLOSED.

SO ORDERED.


Dated:  January 19, 2018          s/Mark A. Goldsmith
Detroit, Michigan                 MARK A. GOLDSMITH
                                  United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 19, 2018.

                                  s/Karri Sandusky
                                  Case Manager